# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Terrence Montgomery,

                                  Plaintiff,

v.

Granite Bay Acceptance, et al.,

                                  Defendants.

Case No. 13-cv-2798 (MJD/JJK)

**Meet and Confer Statement**

I, Aaron P. Knoll, representing Defendant Discover Bank, hereby certify that:

I met and conferred with Plaintiff by telephone call on November 6, 2013, to discuss Discover's Unopposed Motion for Extension of Time to Respond to Complaint.

As a result of the meet-and-confer, Plaintiff and Discover agree on the resolution of the motion.

Dated: November 7, 2013

                                                    s/ Aaron P. Knoll
                                                    Aaron D. Van Oort
                                                    Bar Number 315539
                                                    Erin L. Hoffman
                                                    Bar Number 387835
                                                    Aaron P. Knoll
                                                    Bar Number 393066
                                                    Attorneys for Defendant Discover Bank
                                                    FAEGRE BAKER DANIELS LLP
                                                    2200 Wells Fargo Center
                                                    90 South Seventh Street
                                                    Minneapolis, MN 55402-3901
                                                    Telephone: (612) 766-7000
                                                    Fax: (612) 766-1600
                                                    aaron.vanoort@FaegreBD.com
                                                    erin.hoffman@FaegreBD.com
                                                    aaron.knoll@FaegreBD.com