# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence Montgomery,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Granite Bay Acceptance, Discover Bank Account Re, Discover Financial Services LLC, The Hartford, Capital One Bank USA NA, National Processing Center, Gurstel Law Firm, Bank of America, FIA Card Service, Northstar Location Services LLC, Northstar Prime Credit Cards,<br><br>　　　　Defendants. | Civil No. 13cv02798 MJD/JJK<br><br>**ORDER FOR<br>EXTENSION OF TIME** |

_____

Based upon Northstar Location Services LLC's Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. No. 16),

**IT IS HEREBY ORDERED** that the motion (Doc. No. 16) is GRANTED and Defendant Northstar Location Services LLC is granted an extension of time through and including November 18, 2013, to answer or otherwise respond to the Summons and Complaint in the above-captioned matter.

Dated: November 14, 2013

　　　　　　　　　　　　　　　　*s/ Jeffrey J. Keyes*
　　　　　　　　　　　　　　　　JEFFREY J. KEYES
　　　　　　　　　　　　　　　　United States Magistrate Judge

121588608v1 2513