**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Terrence Montgomery, | Case No. 13-cv-2798 (MJD/JJK) |
| Plaintiff, | |
| vs. | **Capital One and Discover's Joint Partial Motion to Dismiss Counts I, II, VI, and VII of Montgomery's Complaint** |
| Granite Bay Acceptance, et al., | |
| Defendants. | |

Defendants Capital One Bank (USA), N.A. ("Capital One") and Discover Bank ("Discover"), incorrectly named in the Complaint as "Discover Bank Account RE" and "Discover Financial Services LLC", move this Court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Counts I, II, VI, and VII of Plaintiff Terrence Montgomery's ("Montgomery") Complaint with prejudice. A more particular statement of the grounds for this motion will be set forth in the Memorandum of Law in Support of Capital One and Discover's Joint Partial Motion to Dismiss Counts I, II, VI, and VII of Montgomery's Complaint, which is filed and served with this motion.

Dated: November 15, 2013         s/ Aaron P. Knoll
                                 _____
                                 Aaron D. Van Oort (#315539)
                                 Erin L. Hoffman (#387835)
                                 Aaron P. Knoll (#393066)
                                 Attorneys for Defendants Capital One Bank
                                     (USA), N.A. and Discover Bank
                                 Faegre Baker Daniels LLP
                                 2200 Wells Fargo Center
                                 90 South Seventh Street
                                 Minneapolis, MN 55402-3901
                                 Telephone: (612) 766-7000
                                 Fax: (612) 766-1600
                                 aaron.vanoort@FaegreBD.com
                                 erin.hoffman@FaegreBD.com
                                 aaron.knoll@FaegreBD.com

dms.us.53167035.01