# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence Montgomery,<br><br>            Plaintiff,<br><br>vs.<br><br>Granite Bay Acceptance, et al.,<br><br>            Defendants. | Case No. 13-cv-2798 (MJD/JJK)<br><br>**Meet-and-Confer Statement for Capital One and Discover's Joint Partial Motion to Dismiss Counts I, II, VI, and VII of Montgomery's Complaint** |

I, Aaron P. Knoll, certify that I met and conferred with Mr. Montgomery on November 15, 2013 to discuss Capital One and Discover's Joint Partial Motion to Dismiss Counts I, II, VI, and VII of Montgomery's Complaint. The parties were unable to resolve the issues raised by the motion.

| | |
|---|---|
| Dated: November 15, 2013 | s/ Aaron P. Knoll<br>Aaron D. Van Oort (#315539)<br>Erin L. Hoffman (#387835)<br>Aaron P. Knoll (#393066)<br>Attorneys for Defendants Capital One Bank (USA), N.A. and Discover Bank<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>aaron.vanoort@FaegreBD.com<br>erin.hoffman@FaegreBD.com<br>aaron.knoll@FaegreBD.com |

dms.us.53167384.01