# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence Montgomery, | Case No. 13-cv-2798 (MJD/JJK) |
| Plaintiff, | |
| v. | **Certificate of Compliance for Capital One and Discover's Reply Memorandum of Law in Support of Their Joint Partial Motion to Dismiss Counts I, II, VI, and VII of Montgomery's Complaint** |
| Granite Bay Acceptance, et al., | |
| Defendants. | |

I, Aaron P. Knoll, certify that the Reply Memorandum of Law in Support of Capital One and Discover's Joint Partial Motion to Dismiss Counts I, II, VI and VII of Montgomery's Complaint complies with the length limitations in Local Rule 7.1(f) and the type-size requirement in Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that Defendants' opening brief and the above-referenced reply memorandum contains a total of 4,471 words, exclusive of the caption and the signature block.

| | |
|---|---|
| Dated: December 31, 2013 | s/ Aaron P. Knoll |
| | Aaron D. Van Oort (#315539) |
| | Erin L. Hoffman (#387835) |
| | Aaron P. Knoll (#393066) |
| | Attorneys for Defendants Capital One Bank (USA), N.A. and Discover Bank |
| | Faegre Baker Daniels LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | aaron.vanoort@FaegreBD.com |
| | erin.hoffman@FaegreBD.com |
| | aaron.knoll@FaegreBD.com |

dms.us.53401409.01