## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence Montgomery | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   13-cv-02798-MJD-JJK |
| v. | |
| Granite Bay Acceptance, The Hartford | |
| Defendant(s) | |

It appearing that defendant(s) **Granite Bay Acceptance and The Hartford are** in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Granite Bay Acceptance and The Hartford

this 5th day of March, 2014.

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)   L. Brennan            Deputy Clerk