UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRENCE MONTGOMERY,<br><br>        Plaintiff,<br>v.<br><br>GRANITE BAY ACCEPTANCE, DISCOVER BANK ACCOUNT RE DISCOVER FINANCIAL SERVICES LLC., THE HARTFORD, CAPITAL ONE BANK USA NA, NATIONAL PROCESSING CENTER, GURSTEL LAW FIRM, BANK OF AMERICA, FIA CARD SERVICE, NORTHSTAR LOCATION SERVICES LLC., NORTSTAR PRIME CREDIT CARDS,<br><br>        Defendants. | Civil No. 13-CV-02798 (MJD/JJK)<br><br>**NOTICE OF APPEARANCE** |

    The undersigned attorneys hereby notify the Court and counsel that Thomas J. Lyons Jr., Esq., Brandon McDonough, Esq. and Nik Nowicki, Esq. shall appear as counsel of record for Plaintiff Terrence Montgomery.

[This space purposefully left blank. Signature appears on the following page.]

1

Dated May 29th, 2014.                    **CONSUMER JUSTICE CENTER, P.A.**
                                         **MCDONOUGH & NOWICKI PLLC**

                                         By: s/Thomas J. Lyons Jr.

                                         Thomas J. Lyons, Jr.
                                         MN Attorney I.D. #: 249646
                                         367 Commerce Court
                                         Vadnais Heights, MN 55127
                                         Telephone: (651) 770-9707
                                         Facsimile: (651) 704-0907
                                         tommycjc@aol.com

                                         Nicholas Nowicki
                                         MN Attorney I.D. #:0395038
                                         Brandon McDonough
                                         MN Attorney I.D. #: 0393259
                                         3011 36th Avenue South, Suite 6
                                         Minneapolis, Minnesota 55406
                                         Telephone: 612-217-0259
                                         nik@mcnowick.com
                                         brandon@mcnowick.com

                                         **ATTORNEYS FOR PLAINTIFF**