# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence K. Montgomery, Robert N. Broberg Jr., and Michelle L. Bertsch, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc., Granite Bay Acceptance, Inc., and Sherry Moore,<br><br>　　　　　Defendants. | Civil No. 13-cv-02798 (MJD/JJK)<br><br>**NOTICE OF APPERARANCE** |

　　　The undersigned attorney hereby notifies the Court and counsel that Nicholas R. Nowicki shall appear as counsel of record for Plaintiffs Terrence Montgomery, Robert Broberg Jr., and Michelle L. Berstsch, on behalf of themselves and all others similarly situated.

[This space purposefully left blank.  Signature appears on the following page.]

1

| | |
|---|---|
| Date:  June 2nd, 2014 | By: /s/Nicholas R. Nowicki |

Date:  June 2nd, 2014        By: /s/Nicholas R. Nowicki
Nicholas R. Nowicki
MN No. 395038
Brandon T. McDonough, Esq.
MN No.  393259
MCDONOUGH & NOWICKI PLLC
3011 36th Avenue South, Suite 6
Minneapolis, Minnesota 55406
612-217-0257 (phone)
612-345-7016 (fax)
nik@mcnowick.com
brandon@mcnowick.com

**ATTORNEYS FOR PLAINTIFF**