# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence K. Montgomery, Robert N. Broberg Jr., and Michelle L. Bertsch, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc., Granite Bay Acceptance, Inc., and Sherry Moore,<br><br>  Defendants. | Civil No. 13-cv-02798 (MJD/JJK)<br><br>**NOTICE OF APPERARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Brandon T. McDonough shall appear as counsel of record for Plaintiffs Terrence Montgomery, Robert Broberg Jr., and Michelle Bertsch, on behalf of themselves and all others similarly situated.

[This space purposefully left blank.  Signature appears on the following page.]

1

Date:  June 2nd, 2014                By: /s/Brandon T. McDonough
　　　　　　　　　　　　　　　　　　　　　Brandon T. McDonough, Esq.
　　　　　　　　　　　　　　　　　　　　　MN No.  393259
　　　　　　　　　　　　　　　　　　　　　Nicholas R. Nowicki
　　　　　　　　　　　　　　　　　　　　　MN No. 395038
　　　　　　　　　　　　　　　　　　　　　MCDONOUGH & NOWICKI PLLC
　　　　　　　　　　　　　　　　　　　　　3011 36th Avenue South, Suite 6
　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55406
　　　　　　　　　　　　　　　　　　　　　612-217-0257 (phone)
　　　　　　　　　　　　　　　　　　　　　612-345-7016 (fax)
　　　　　　　　　　　　　　　　　　　　　brandon@mcnowick.com
　　　　　　　　　　　　　　　　　　　　　nik@mcnowick.com

**ATTORNEYS FOR PLAINTIFF**