# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence K. Montgomery and Robert N. Broberg Jr., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Experian Information Solutions, Inc. and Datamyx, LLC,<br><br>    Defendants. | Case No. 13-cv-2798 (MJD/JJK)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

### Affidavit of Movant

I, Gregory T. Spalj, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael O'Neil, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for Defendant Datamyx, LLC in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐  I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

3916921

Dated:  November 26, 2014      s/Gregory T. Spalj
                                                 Gregory T. Spalj
                                                 Bar Number 131040
                                                 Attorney for Defendant Datamyx, LLC
                                                 Fabyanske, Westra, Hart & Thomson, P.A.
                                                 333 South Seventh Street, Suite 2600
                                                 Minneapolis, MN 55402
                                                 Telephone: (612) 359-7600
                                                 Fax: (612) 359-7631
                                                 Email: gspalj@fwhtlaw.com

3916921